
FILED
CLERK, U.S. DISTRICT COURT
OCT 16 2018
CENTRAL DISTRICT OF CA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Gary Wayne Minter DEFENDANT(S). | CASE NUMBER SACR 18-213-AG-07 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __October 18, 2018__, at __2:00__ ☐ a.m. / ☑ p.m. before the Honorable __Scott__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __10/16/18__

Karen E. Scott
U.S. District Judge/Magistrate Judge

KAREN E. SCOTT